IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ADA A. GONZALEZ**,

    Plaintiff,

v.                                                  Case No. 4:19cv128-MW/CAS

**J. P. MORGAN CHASE BANK, N.A.,
MICHAEL J. RUDISILL, et al.,**

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for lack of subject matter jurisdiction and because Plaintiff's claim against Defendant Rudisill is barred by *res judicata*." The Clerk shall close the file.

**SO ORDERED on June 11, 2019.**

                                                           **s/ MARK E. WALKER**
                                                           **Chief United States District Judge**